EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES JOLIN AND ROLANDA JOLIN, Trustees of The Jolin Revocable Trust Dated 1998,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-02041 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES JOLIN AND ROLANDA JOLIN, INDIVIDUALLY AND AS TRUSTEES OF THE JOLIN REVOCABLE TRUST DATED 1998** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs James Jolin and Rolanda Jolin, Individually and as Trustees of The Jolin Revocable Trust Dated 1998, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

2056888.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Jolin and Rolanda Jolin, Trustees of The Jolin Revocable Trust Dated 1998 - 1**

1  Order dismissing with prejudice all claims asserted by Plaintiffs James Jolin and Rolanda
2  Jolin, Individually and as Trustees of The Jolin Revocable Trust Dated 1998, as to defendant
3  Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this
4  action.

5  Dated: _____8/4/05_____

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
    RICHARD D ALEXANDER, Cal. Bar #48432
    JEFFREY W/ RICKARD, Cal. Bar #125180
    RYAN M. HAGAN, Cal Bar #200850
    152 North Third Street, Suite 600
    San Jose, CA 95112
    Telephone: (408) 289-1776
    Facsimile: (408) 287-1776

Attorneys for Plaintiffs James Jolin and Rolanda Jolin, Individually and as Trustees of The Jolin Revocable Trust Dated 1998

HUSCH & EPPENBERGER, LLC

By: __/s/ Carol A. Rutter_____
    THOMAS M. CARNEY, admitted *pro hac vice*
    CAROL A. RUTTER, admitted *pro hac vice*
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105-3441
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505

    RANDALL C. CREECH, Cal. Bar #65542
    CREECH, LIEBOW & KRAUS
    333 West San Carlos Street
    Suite 1600
    San Jose, CA 95110
    Telephone: (408) 993-9911
    Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056888.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Jolin and Rolanda Jolin, Trustees of The Jolin Revocable Trust Dated 1998 - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES JOLIN AND ROLANDA JOLIN, Trustees of The Jolin Revocable Trust Dated 1998,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-02041 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES JOLIN AND ROLANDA JOLIN, INDIVIDUALLY AND AS TRUSTEES OF THE JOLIN REVOCABLE TRUST DATED 1998** |

THIS MATTER coming on the motion of Plaintiffs James Jolin and Rolanda Jolin, Individually and as Trustees of The Jolin Revocable Trust Dated 1998, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs James Jolin and Rolanda Jolin, Individually and as Trustees of The Jolin Revocable Trust Dated 1998, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 11 2005          _Ronald M. Whyte_

---

2056888.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Jolin and Rolanda Jolin, Trustees of The Jolin Revocable Trust Dated 1998 - 4**